Filed 6/6/13  P. v. Ledgering CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, Plaintiff and Respondent, v. BRIAN K. LEDGERING, Defendant and Appellant. | D062174 (Super. Ct. No. SCD235427) |

APPEAL from a judgment of the Superior Court of San Diego County, Charles R. Gill, Judge.  Affirmed.

Patrick J. Hennessey, Jr., by appointment of the Court of Appeal, for Defendant and Appellant.

No appearance for Respondent.

Appellant Brian K. Ledgering pled guilty to three counts of unlawfully driving a vehicle in violation of Vehicle Code section 10851, subdivision (a) and three counts of unlawfully receiving a stolen motor vehicle in violation of Penal Code section 496d.  In accordance with the plea bargain, the court denied probation and, pursuant to Penal Code

section 1170, subdivision (h), sentenced appellant to two years eight months, with 16 months in local custody and 16 months of mandatory supervised release.  The court also imposed the requisite fees, fines and victim restitution and awarded 116 days of custody credits.  The custody credits were later corrected to reflect 156 days of custody credits.

## FACTUAL BACKGROUND[1]

As the result of an undercover operation conducted by the San Diego County Regional Auto Theft Task Force, the grand jury returned a 16-count indictment, charging appellant and six codefendants with eight counts of violating Vehicle Code section 10851, subdivision (a) and eight counts of violating Penal Code section 496d.  Appellant was charged with six counts involving three vehicles:  a Honda Civic; a Honda motorcycle and a Suzuki motorcycle.  Appellant admitted that on May 3, 2011, he drove the stolen Honda Civic to a location prearranged by a codefendant and was accompanied by another codefendant who was driving the stolen Honda motorcycle.  The undercover officer purchased the two vehicles for $500; the steering column and ignition of each vehicle were damaged.  Appellant also admitted that on May 24, he and a codefendant participated in the sale of a stolen Suzuki motorcycle to an undercover officer who paid $600 for the vehicle.  The ignition of that vehicle was damaged and appeared to have been drilled.

---

1    Because the case was resolved by a plea agreement, the facts are taken from the probation report.

2

DISCUSSION

Appointed appellate counsel has filed a brief summarizing the proceedings below. Counsel presents no argument for reversal but asks that this court review the record for error as mandated by *People v. Wende* (1979) 25 Cal.3d 436 and *Anders v. California* (1967) 386 U.S. 738. Counsel has not identified any possible arguments on appeal.

We granted appellant permission to file a brief on his own behalf and he has not responded.

A review of the record pursuant to *People v. Wende, supra*, 25 Cal.3d 436 and *Anders v. California, supra*, 386 U.S. 738 has disclosed no reasonably arguable appellate issue. Competent counsel has represented appellant in this appeal.

DISPOSITION

The judgment is affirmed.

HALLER, Acting P.J.

WE CONCUR:

McINTYRE, J.

O'ROURKE, J.

3